Pearson
Po Box 52
Detroit ME 04426

EASTERN MAINE 044
12 MAR 2025 PM 2 L

Bangor Federal court
Clerk room #357
Bangor, Me. 04401

04401-999955