# UNITED STATE DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **ARTHUR REARDON,** | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Docket No. 1:25-CV-93 |
| v. | ) |
| | ) |
| **MITCHELL OSWALD et al.** | ) |
| | ) |
| Defendants. | ) |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding over the proceedings in this matter.

**SO ORDERED.**

Dated this 18th day of March, 2025.

                                              /s/ Lance E. Walker
                                   **CHIEF U.S. DISTRICT JUDGE**