Case # 1:25-CV-00093

## AFFIDAVIT OF HEATHER REARDON

I, Heather Reardon, residing at 773 Lower Detroit Rd. Plymouth, ME 04969, being duly sworn, depose and say:

2025 MAR 27 A 11: 20

1. I am over the age of 18 and competent to make this affidavit.
2. On August 10, 2023, multiple federal officers showed up at my residence just after I had returned home from a grocery errand.
3. Mitchell Oswald who I knew as probation officer for Nathan Reardon knocked on my door. When I answered the door Mitchell asked me if Nathan was home and I responded that he wasn't. Mitchell asked if I knew where Nathan was and I told him I wasn't exactly sure where he was. At that time Mitchell informed me that he and the others would be conducting a search of my residence as Nathan Reardon's probation conditions allowed. Mitchell asked that I get everyone who was in the house and have them come to the living room, hand our cell phones to them, and to sit and stay on the couch. While the officers searched the home, there was also somebody standing in front of us to make sure we didn't leave the couch.
4. At some point during the search of the house Mitchell had gone outside, when he came back into the residence he had an item in his hand. He asked who the truck in the driveway was registered to. I told him it was registered to and belonged to my father in law Arthur Reardon. I told him that my van had broken down and was being repaired and that my father in law had lent me his truck that very morning. Mitchell had in his hands a gun that my father in law had in his glove box. He continued to walk by me in the living room to the kitchen where he was logging items he was taking from the property. He kept my father in law's gun.

I swear (or affirm) that the foregoing statements are true and correct to the best of my knowledge and belief, under penalty of perjury.

Signed: *Heather Re[...]*
Heather Reardon      Date: 3-21-25
773 Lower Detroit Rd
Plymouth, ME 04969

Notary Section -
State of Maine            County of Penobscot

On this 21st day of March, 2025, before me, a Notary Public in and for said State, personally appeared Heather Reardon, satisfactorily proven to be the person whose name is subscribed to the foregoing instrument, and acknowledged that they executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

Notary Public Printed Name: *Jordan Keith Campbell*   *Jordan Keith Campbell*
My commission expires: 10/07/2031

**Jordan Keith Campbell**
Notary Public, State of Maine
My Commission Expires October 7, 2031

**Jordan Keith Campbell**
Notary Public, State of Maine
My Commission Expires October 7, 2031