UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

ARTHUR REARDON,
Plaintiff,
v.
MITCHELL OSWALD, et al.,
Defendants.

Case No. 1:25-cv-00093-SJM

MOTION TO RECONSIDER AND REOPEN CASE UNDER RULE 60(b)

NOW COMES Plaintiff, Arthur Reardon, appearing pro se, and respectfully moves this Honorable Court to reconsider and vacate the Judgment of Dismissal entered on June 17, 2025, and to reopen the above-captioned case pursuant to Rule 60(b)(1) and (6) of the Federal Rules of Civil Procedure. In support thereof, Plaintiff states as follows:

3. Plaintiff asserts that he either did submit a response that was not docketed due to mail or procedural error, or he was unable to timely file due to confusion and lack of access to court filing mechanisms.

4. The Judgment of Dismissal entered on June 17, 2025, was rendered without consideration of Plaintiff's constitutional claims on the merits. The dismissal was without prejudice, indicating that the Court did not rule on the substantive validity of the complaint.

5. Plaintiff respectfully submits that justice requires the reopening of this matter so that the constitutional claims can be properly addressed and adjudicated.

6. Rule 60(b)(1) permits relief from a judgment based on mistake, inadvertence, surprise, or excusable neglect. In the alternative, Rule 60(b)(6) allows relief for any other reason justifying relief from the operation of the judgment.

WHEREFORE, Plaintiff respectfully requests that this Court:
a. Reconsider and vacate the Judgment of Dismissal

entered on June 17, 2025;

b. Reopen Case No. 1:25-cv-00093-SJM for further proceedings;

c. Grant leave for Plaintiff to file or refile his opposition to the Motion to Dismiss;

d. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: June 23, 2025

/s/ Arthur Reardon

Arthur Reardon

207-989-7229

Pro Se Plaintiff

CERTIFICATE OF SERVICE

I, Arthur Reardon, hereby certify that on this 23rd day of June, 2025, I served a true and correct copy of the foregoing Motion to Reconsider and Reopen Case Under Rule 60(b) on the following party by depositing the same in the United States Postal Service, via U.S. Mail, addressed as follows:

United States Attorney's Office
District of Maine
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101

/s/ Arthur Reardon
Arthur Reardon
PO Box 52
Detroit, ME 04929