# United States Court of Appeals
## For the First Circuit

No. 25-1660
D.C. No. 1:25-cv-00093-SJM

ARTHUR REARDON,

Plaintiff - Appellant,

v.

MITCHELL OSWALD; UNKNOWN FEDERAL AGENTS,

Defendants - Appellees.

### JUDGMENT

Entered: October 27, 2025
Pursuant to 1st Cir. R. 27.0(d)

On **September 3, 2025**, this court issued an order directing the appellant to either pay the $605.00 filing fee or to file a compliant request to appeal with in forma pauperis (IFP) status before the district court. Appellant was notified that failure to take either action would result in this case being dismissed for lack of prosecution pursuant to Local Rule 3.0(b).

A review of the district court docket sheet does not reflect payment of the filing fee nor the filing of a request for in forma pauperis status. This appeal is, therefore, dismissed for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Arthur Reardon
Andrew Kenney Lizotte
Trevor Haruo Taniguchi